Robert Wollner
2423 E. Tracy Lane, #2
Phoenix, AZ 85032
Telephone 602 237-5870

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

ROBERT WOLLNER,

                      Plaintiff,

vs.

                      Defendant.

John F. Leibert
Community Management & Consulting
3612 W. Dunlap, Suite L
Phoenix, AZ 85051

Civil Action No.

CV-15-01175-PHX-BSB

## COMPLAINT

FEDERAL LAW VIOLATIONS
Fair Debt Collection Practices Act
Code Violation
USC § 808 Unfair practices

## JURISDICTION

The United States District Court, District Of Arizona, is the proper jurisdiction for litigating this matter. The court has jurisdiction and the claim needs no new grounds of jurisdiction to support it.

## **STATEMENT OF CASE**

1. In this action, Plaintiff Robert Wollner, Pro Per, is alleging violations of the Fair Debt Collection Practices Act that the Defendant has violated. Confirmed is a detailed account of the violations of the Fair Debt Collection Practices Act that Defendant John F. Leibert, owner of Community Management & Consulting has violated.

## Fair Debt Collection Practices Act

### THE FAIR DEBT COLLECTION PRACTICES ACT
As amended by Pub. L. 109-351, §§ 801-02, 120 Stat. 1966 (2006)
### Congressional findings

a) There is evidence of the use of abusive, deceptive, and unfair debt collection practices by debt collectors. Abusive debt collection practices contribute to personal bankruptcies, marital instability, loss of jobs and invasions of privacy.

(e) It is the purpose of this title to eliminate abusive debt collection practices by debt collectors and to promote consistent action to protect consumers against debt collection abuses.

## **BASIS FOR FILING THE CASE**

**Do I have any recourse if I think a debt collector has violated the law?**

You have the right to sue a collector in a state or federal court within one year from the date the law was violated. If you win, the judge can require the collector to pay you for any damages you can prove you suffered because of the illegal collection practices, like lost wages and medical bills. The judge can require the debt collector to pay you up to $1,000, even if you can't prove that you suffered actual damages. You also can be reimbursed for your attorney's fees and court costs.

2.  The following consists of violations of the Fair Debt Collection Practices Act that Defendant John F. Leibert, owner of Community Management & Consulting has committed.

## THE FAIR DEBT COLLECTION PRACTICES ACT

**Unfair practices. Debt collectors may not engage in unfair practices when they try to collect a debt. For example, they may not:**

- try to collect any interest, fee, or other charge on top of the amount you owe unless the contract that created your debt – or your state law – allows the charge;

- **§ 808. Unfair practices**

A debt collector may not use unfair or unconscionable means to collect or attempt to collect any debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

(1) The collection of any amount (including any interest, fee, charge, or expense incidental to the principal obligation) unless such amount is expressly authorized by the agreement creating the debt or permitted by law.

# Arizona Fair Debt Collection Practices Act

# Debt Collection Laws

Arizona law prohibits these specific practices:

- attempting to collect any collection fee, attorney's fee, court cost or expenses that the debtor is not legally obligated to pay.

Under the FDCPA, a debt collector is someone who regularly collects debts owed to others. This includes collection agencies, collection departments, lawyers who collect debts on a regular basis, and companies that buy delinquent debts and then try to collect them. The Defendant John F. Leibert, owner of Community Management & Consulting has a collection department that makes a practice of collecting debts owned to condominium associations by the Members of their association.

2. <u>EXHIBIT A</u> is a letter sent to the Plaintiff by the Community Management & Consulting collection department. The letter states as follows.

Unfortunately, you have not responded to the late notices received on your overdue account. Therefore, your account has been placed with our Collections Department. An $85.00 collection charge has been added to your account.

As we proceed through the collection process , more fees will be added, if there is no cooperation on your part.

3. <u>EXHIBIT B</u> shows evidence whereby a $50.00 collection fee and an $85.00 collection fee has been charged to the Plaintiff's account.

4. While these are small amounts $85.00 and $50.00 they do constitute violations of the Fair Debt Collection Practices Act. In the letter in <u>EXHIBIT A</u> where an $85.00 collection charge has been added to the Plaintiff's account, it clearly states that:  As we proceed through the collection process, more fees will be added. This is an indication that their collection department is adding collection fees and charges to debtor's accounts.

**BASIS FOR FILING THE CASE**

5. With good cause appearing, it is deemed that Defendant John F. Leibert, owner of Community Management & Consulting has violated the Fair Debt Collection Practices Act by adding collection charges to the Plaintiff's debt.  Therefore, the Plaintiff has filed this litigation in this Court.

Page 4

**Do I have any recourse if I think a debt collector has violated the law?**

You have the right to sue a collector in a state or federal court within one year from the date the law was violated.

## CONCLUSION - ARGUMENT

6. If collection agencies and departments nationwide were allowed to add charges, fees and costs to debtor's accounts, when attempting to collect the debt, it would be a heyday for collection agencies and debt collectors in America. The abusive practices by debt collectors would be boundless and debtors would be overwhelmed with excessive collection charges and fees imposed upon them. The United States Congress has prohibited such activities. Seemingly John F. Leibert, owner of Community Management & Consulting is either unacquainted with the law or refuses to comply with the law.

Dated this 25th day of June, 2015.

SIGNATURE OF PLAINTIFF _[signature]_

# EXHIBIT A

SPANISH HILLS CONDOMINIUM ASSO
C/o Community Management and Consulting
3612 W. Dunlap Suite K
Phoenix, Arizona 85051

September 24, 2014

Robert Wollner(D)
2423 E. Tracy Ln # 2
Phoenix AZ  85032

Account # 14

**Balance due is $5,974.99**

Dear Robert Wollner(D):

Unfortunately, you have not responded to the late notices received on your overdue account.  Therefore, your account has been placed with our Collections Department. An $85.00 collection charge has been added to your account.

As we proceed through the collection process, more fees will be added, if there is no cooperation on your part.  Please bring your account current or contact us to make payment arrangements.

We are hopeful that you will act promptly.  If you do not make contact with our office within 10 (ten days) SPANISH HILLS CONDOMINIUM ASSOCIATION will have no choice but to pursue the matter further.

If you have any questions, please call the number below immediately.

Sincerely,

Melissa Anter
For the Board of Directors
602-357-3298
manter@communitymanagementaz.com


***This is an attempt to collect a debt and any information obtained will be used for that purp

# EXHIBIT B

Jeffrey B. Corben
Jonathan Ebertshauser
Chad M. Gallacher
L__a M. Hanger\*\*\*
Charles E. Maxwell
Erin E. McManis\*\*
Brian W. Morgan\*
Paul R. Neil\*\*
W. William Nikolaus
Allen H. Quist
Samuel C. Richardson
Charles B. Sellers
Mark W. Waldron

LAW OFFICES OF

# Maxwell & Morgan, P.C.

Pierpont Commerce Center
4854 East Baseline Road
Suite 104
Mesa, Arizona 85206

Telephone: 480.833.1001
Facsimile: 480.969.8267
Email: mail@hoalaw.biz
www.hoalaw.biz

\* Also admitted in Utah
\*\* Also admitted in California
\*\*\* Of Counsel

*Representing Hundreds of Homeowner Associations Throughout Arizona*

---

February 3, 2015

Mr. and Mrs. Robert Wollner
2423 East Tracy Lane # 2
Phoenix, AZ 85032

Re: **The Spanish Hills Condominiums Association**
**Lot: 14, aka 2423 East Tracy Lane # 2, Phoenix, AZ 85032**
**File No.: 4770.003**

Dear Mr. and Mrs. Robert Wollner:

As you are aware, our firm represents The Spanish Hills Condominiums Association ("Association"). I am in receipt of your multiple correspondence postmarked January 27, 2015 and January 30, 2015. Your correspondence requests validation of the debt claimed due and owing. Accordingly, please find enclosed herewith the documents used to calculate the amount of the January 22, 2015 correspondence from our office. The attached Account Summary begins with the opening balance as provided to our office from the Association with the request to collect. The Account Summary adds the legal fees incurred and the unposted interest that has accrued on the 2010 judgment to arrive at the total amount identified in the January 22, 2015 correspondence. The Financial Transaction history also attached hereto identifies the manner in which the opening balance was calculated. Please also be advised that this debt is owed to the Association. Our firm has been hired to assist the Association in collecting the same.

In addition to your request for validation, you requested to know how the balance identified from September 2014 as provided by Ms. Anter on behalf of the Association, could increase to the balance identified in the January 22, 2015 correspondence from our office. This correspondence also addresses this request. As you are aware, assessments due the Association continue to accrue monthly. Between the time the September 2014 balance was provided and the time the January 22, 2015 balance was provided, $661.00 in assessments and late fees accrued. ~~Additionally, $50.00 in collection costs were incurred from the Association directly.~~ In addition thereto, $126.28 in attorney fees and costs were incurred. Moreover, interest that had accrued on the 2010 judgment entered against you was not included in the September 2014 balance provided. As the judgment clearly awarded interest at 10% on all amounts awarded, the January 22, 2015 correspondence included 10% interest on the judgment from the time it was entered in October 2010 through January 2015. (A copy of the 2010 Judgment is also enclosed herewith for your convenience.) Interest on the judgment through January 2015 at 10% equals $1,699.10. As such, the amount of the January 22, 2015 delinquency correspondence was calculated as follows:

$5,974.99    Amount identified as due and owing in the September 2014 correspondence from the Association directly;

*A Law Firm Devoted Exclusively to Community Association Law and Litigation.*

| | |
|---|---|
| $661.00 | Additional assessments and late charges incurred from October 1, 2014 through January 22, 2015; |
| ~~$50.00~~ | ~~[redacted]~~ |
| $126.28 | Attorney fees and costs incurred by our firm; |
| $1,699.10 | Interest at 10% on the 2010 Judgment amount (of $3,921.00) for 52 months; |
| $8,511.37 | Amount identified as due and owing on the January 22, 2015 correspondence. |

I believe this correspondence responds in full to the requests in your multiple correspondence. Nevertheless, if you believe I have overlooked a question you raised, please do not hesitate to contact me. Additionally, please advise if you are interested in working out a payment plan in order to resolve the amounts stated herein.

Sincerely,

*[signature]*

Chad M. Gallacher, Esq.
For
MAXWELL & MORGAN, P.C.

CMG
Enclosures: Account Summary; Financial Transaction History; and 2010 Judgment
cc: The Spanish Hills Condominiums Association

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

AR0166 (2)

SPANISH HILLS CONDOMINIUM ASSOCIATION
FINANCIAL TRANSACTIONS - 01/19/15

```
2423 E. Tracy Ln # 2           Unit ID: 14
Robert Wollner(D)              STATUS: 02 - Late Notice 2
                               PREPAID BAL:   0.00
TXN    -----PAYMENTS/TRXN DESCR----- ---------CHARGES/PAYMENT DISTR--------- BALANCE
DATE   PAYMT AMT CHECK #  DEP DT CODE N/A DESCRIPTION         AMOUNT         DUE

073114          INIT LIAB BAL      A1     ASSESSMENT      6238.99     6238.99

080114          APPLY CHARGES      A1     ASSESSMENT       152.00     6390.99

090114          APPLY CHARGES      A1     ASSESSMENT       152.00     6542.99
092314   653.00 6217     092314 A1        ASSESSMENT      (653.00)    5889.99

100114          APPLY CHARGES      A1     ASSESSMENT       152.00     6126.99

110114          APPLY CHARGES      A1     ASSESSMENT       152.00     6278.99
111714          APPLY LATE FEE     01     Late Fees         15.00     6293.99
111714 Action taken: 02 - Late Notice 2

120114          APPLY CHARGES      A1     ASSESSMENT       152.00     6445.99
121614          APPLY LATE FEE     01     Late Fees         15.00     6460.99
                                          Misc. Fees        50.00     6510.99

010115          APPLY CHARGES      A1     ASSESSMENT       160.00     6670.99
011615          APPLY LATE FEE     01     Late Fees         15.00     6685.99
011615 Action taken: 02 - Late Notice 2
```

BALANCE SUMMARY

```
CHARGE CODE  DESCRIPTION      AMOUNT

    A1       ASSESSMENT       6,505.99
    07       Legal/Collectio     85.00
    01       Late Fees           45.00
    05       Misc. Fees          50.00

             TOTAL:           6,685.99
```

demand = 125.00
costs =    1.28
         $ 6,812.27

Page 1

Interest on 2010 Ju - 1,699.10