IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Robert Wollner, | No. CV-15-01175-PHX-BSB |
| Plaintiff, | **ORDER** |
| v. | |
| John F. Leibert, et al., | |
| Defendants. | |

This matter is before the Court on its own review. On September 22, 2015, the Court granted Defendants' Motion to Dismiss (Doc. 7), and granted Plaintiff leave to file an amended complaint within fourteen days of that order. (Doc. 15.) The time for Plaintiff to file an amended complaint has passed and Plaintiff has not filed an amended complaint. In addition, Plaintiff has not filed a motion seeking an extension of time to file an amended complaint.

Accordingly,

**IT IS ORDERED** dismissing this action with prejudice, with each party to bear their own costs and attorney's fees.

Dated this 22nd day of October, 2015.

_____
Bridget S. Bade
United States Magistrate Judge